UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**_UNITED STATES OF AMERICA v.  Torres et al._**

CASE NO. 07-CR-015                                                   PAGE  1   OF   29

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (    ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 1 | | | | | audio disk (518) 334-2210 |
| 2 | | | | | audio disk (518) 376-0165 |
| 3 | | | | | audio disk (518) 308-2473 |
| 4 | | | | | audio disk (518) 334-2210 |
| 5 | | | | | audio disk (518) 334-2210 |
| 6 | | | | | audio disk (646) 492-7758 |
| 7 | | | | | audio disk (347) 621-6666 |
| 8 | | | | | audio disk (518) 376-0165 |
| 9 | | | | | audio disk (518) 308-2473 |
| 10 | | | | | audio disk (518) 308-2362 |

EXHIBITS RETURNED TO COUNSEL (DATE): _____   SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**_UNITED STATES OF AMERICA v.  Torres et al._**

CASE NO. 07-CR-015                                    PAGE  2   OF   29

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (    ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 11 | | | | | Transcript call # 6445 |
| 12 | | | | | Transcript call  # 587 |
| 13 | | | | | Transcript call  # 359 |
| 14 | | | | | Transcript call  # 360 |
| 15 | | | | | Transcript call  # 3296 |
| 16 | | | | | Transcript call  # 776 |
| 17 | | | | | Transcript call  # 399 |
| 18 | | | | | Transcript call  # 3307 |
| 19 | | | | | Transcript call  # 780 |
| 20 | | | | | Transcript call  #783 |

EXHIBITS RETURNED TO COUNSEL (DATE): _____   SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____   ***UNITED STATES OF AMERICA v.  Torres et al.***___

CASE NO. 07-CR-015                    _____                    PAGE  3   OF   29

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (    )  DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 21 | | | | | **Transcript call  # 784** |
| 22 | | | | | **Transcript call  # 3312** |
| 23 | | | | | **Transcript call  # 3314** |
| 24 | | | | | **Transcript call  # 3315** |
| 25 | | | | | **Transcript call  # 3316** |
| 26 | | | | | **Transcript call  # 790** |
| 27 | | | | | **Transcript call  # 3370** |
| 28 | | | | | **Transcript call  # 825** |
| 29 | | | | | **Transcript call  # 827** |
| 30 | | | | | **Transcript call  # 828** |

EXHIBITS RETURNED TO COUNSEL (DATE): _____   SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**_UNITED STATES OF AMERICA v.  Torres et al._**

CASE NO. 07-CR-015                                                PAGE  4   OF   29

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (    ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 31 | | | | | **Transcript call  # 829** |
| 32 | | | | | **Transcript call  # 406** |
| 33 | | | | | **Transcript call  # 832** |
| 34 | | | | | **Transcript call  # 408** |
| 35 | | | | | **Transcript call  # 855** |
| 36 | | | | | **Transcript call  # 3840** |
| 37 | | | | | **Transcript call  # 3844** |
| 38 | | | | | **Transcript call  # 1124** |
| 39 | | | | | **Transcript call  # 556** |
| 40 | | | | | **Transcript call  # 1126** |

EXHIBITS RETURNED TO COUNSEL (DATE): _____   SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**_UNITED STATES OF AMERICA v.  Torres et al._**

CASE NO. 07-CR-015                                     PAGE  5   OF   29

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (    ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 41 | | | | | **Transcript call  # 3870** |
| 42 | | | | | **Transcript call  # 630** |
| 43 | | | | | **Transcript call  # 1218** |
| 44 | | | | | **Transcript call  # 6231** |
| 45 | | | | | **Transcript call # 1713** |
| 46 | | | | | **Transcript call # 6289** |
| 47 | | | | | **Transcript call # 1717** |
| 48 | | | | | **Transcript call # 1722** |
| 49 | | | | | **Transcript call # 1723** |
| 50 | | | | | **Transcript call # 6313** |

EXHIBITS RETURNED TO COUNSEL (DATE): _____     SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**_UNITED STATES OF AMERICA v.  Torres et al._**

CASE NO. 07-CR-015                                    PAGE  6   OF   29

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (    ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 51 | | | | | Transcript call # 6322 |
| 52 | | | | | Transcript call # 6323 |
| 53 | | | | | Transcript call # 1732 |
| 54 | | | | | Transcript call # 1734 |
| 55 | | | | | Transcript call # 1751 |
| 56 | | | | | Transcript call # 1790 |
| 57 | | | | | Transcript call # 1791 |
| 58 | | | | | Transcript call # 3725 |
| 59 | | | | | Transcript call # 6444 |
| 60 | | | | | Transcript call # 6458 |

EXHIBITS RETURNED TO COUNSEL (DATE): _____   SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA v. Torres et al.**

CASE NO. 07-CR-015

PAGE _7_ OF _29_

DATE: June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x ) PLAINTIFF    (   ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 61 | | | | | Transcript call # 274 |
| 62 | | | | | Transcript call # 483 |
| 63 | | | | | Transcript call # 484 |
| 64 | | | | | Transcript call # 355 |
| 65 | | | | | Transcript call # 356 |
| 66 | | | | | Transcript call # 742 |
| 67 | | | | | Transcript call # 2714 |
| 68 | | | | | Transcript call # 1411 |
| 69 | | | | | Transcript call # 487 |
| 70 | | | | | Transcript call # 490 |

EXHIBITS RETURNED TO COUNSEL (DATE): _____   SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**_UNITED STATES OF AMERICA v. Torres et al._**

CASE NO. 07-CR-015                                        PAGE  8   OF   29

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (     ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 71 | | | | | Transcript call # 565 |
| 72 | | | | | Transcript call # 006 |
| 73 | | | | | Transcript call # 008 |
| 74 | | | | | Transcript call # 009 |
| 75 | | | | | Transcript call # 0013 |
| 76 | | | | | Transcript call # 155 |
| 77 | | | | | Transcript call # 158 |
| 78 | | | | | Transcript call # 212 |
| 79 | | | | | Transcript call # 315 |
| 80 | | | | | Transcript call # 436 |

EXHIBITS RETURNED TO COUNSEL (DATE): _____   SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA v. Torres et al.**

CASE NO. 07-CR-015                                          PAGE  9  OF  29

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (    ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 81 | | | | | Transcript call # 581 |
| 82 | | | | | Transcript call # 1521 |
| 83 | | | | | Transcript call # 751 |
| 84 | | | | | Transcript call # 896 |
| 85 | | | | | Transcript call # 821 |
| 86 | | | | | Transcript call # 877 |
| 87 | | | | | Transcript call # 935 |
| 88 | | | | | Transcript call # 1049 |
| 89 | | | | | Transcript call # 1066 |
| 90 | | | | | Transcript call # 1138 |

EXHIBITS RETURNED TO COUNSEL (DATE): _____     SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

***UNITED STATES OF AMERICA v. Torres et al.***
_____

CASE NO. 07-CR-015                                          PAGE _10_ OF _29_

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (     ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 91 | | | | | Transcript call # 1281 |
| 92 | | | | | Transcript call # 1572 |
| 93 | | | | | Transcript call # 1582 |
| 94 | | | | | Transcript call # 1638 |
| 95 | | | | | Transcript call # 1642 |
| 96 | | | | | Transcript call # 1663 |
| 97 | | | | | Transcript call # 1901 |
| 98 | | | | | Transcript call # 2045 |
| 99 | | | | | Transcript call # 5882 |
| 100 | | | | | Transcript call # 130 |

EXHIBITS RETURNED TO COUNSEL (DATE): _____   SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**_UNITED STATES OF AMERICA v. Torres et al._**

CASE NO. 07-CR-015                                                      PAGE  11  OF  29

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (    ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 101 | | | | | Transcript call # 205 |
| 102 | | | | | Transcript call # 263 |
| 103 | | | | | Transcript call # 392 |
| 104 | | | | | Transcript call # 398 |
| 105 | | | | | Transcript call # 686 |
| 106 | | | | | Transcript call # 822 |
| 107 | | | | | Transcript call # 875 |
| 108 | | | | | Transcript call # 930 |
| 109 | | | | | Transcript call # 933 |
| 110 | | | | | Transcript call # 961 |

EXHIBITS RETURNED TO COUNSEL (DATE): _____   SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. Torres et al.*

CASE NO. 07-CR-015                                      PAGE  12  OF  29

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (    ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 111 | | | | | Transcript call # 1027 |
| 112 | | | | | Transcript call # 1076 |
| 113 | | | | | Transcript call # 1114 |
| 114 | | | | | Transcript call # 1143 |
| 115 | | | | | Transcript call # 1211 |
| 116 | | | | | Transcript call # 3499 |
| 117 | | | | | Transcript call # 1323 |
| 118 | | | | | Transcript call # 1330 |
| 119 | | | | | Transcript call # 1397 |
| 120 | | | | | Transcript call # 1446 |

EXHIBITS RETURNED TO COUNSEL (DATE): _____   SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA v.  Torres et al.**

CASE NO. 07-CR-015

PAGE  13   OF   29

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (    ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 121 | | | | | Transcript call # 1641 |
| 122 | | | | | Transcript call # 1808 |
| 123 | | | | | Transcript call # 1822 |
| 124 | | | | | Transcript call # 5655 |
| 125 | | | | | Transcript call # 5679 |
| 126 | | | | | Transcript call # 1875 |
| 127 | | | | | Transcript call # 1876 |
| 128 | | | | | Transcript call # 5688 |
| 129 | | | | | Transcript call # 5690 |
| 130 | | | | | Transcript call # 2000 |

EXHIBITS RETURNED TO COUNSEL (DATE): _____   SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**_UNITED STATES OF AMERICA v. Torres et al._**

CASE NO. 07-CR-015                                                    PAGE  14  OF  29

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (     ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 131 | | | | | Transcript call # 016 |
| 132 | | | | | Transcript call # 027 |
| 133 | | | | | Transcript call # 040 |
| 134 | | | | | Transcript call # 048 |
| 135 | | | | | Transcript call # 345 |
| 136 | | | | | Transcript call # 439 |
| 137 | | | | | Transcript call # 778 |
| 138 | | | | | Transcript call # 963 |
| 139 | | | | | Transcript call # 1189 |
| 140 | | | | | Transcript call # 1203 |

EXHIBITS RETURNED TO COUNSEL (DATE): _____   SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA v.  Torres et al.**

CASE NO. 07-CR-015

PAGE  15   OF  29

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (    ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 141 | | | | | Transcript call # 1276 |
| 142 | | | | | Transcript call # 1396 |
| 143 | | | | | Transcript call # 1409 |
| 144 | | | | | Transcript call # 1542 |
| 145 | | | | | Transcript call # 1606 |
| 146 | | | | | Transcript call # 281 |
| 147 | | | | | Transcript call # 556 |
| 148 | | | | | Transcript call # 1833 |
| 149 | | | | | Transcript call # 1834 |
| 150 | | | | | Transcript call # 1988 |

EXHIBITS RETURNED TO COUNSEL (DATE): _____   SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**_UNITED STATES OF AMERICA v.  Torres et al._**

CASE NO. 07-CR-015                                           PAGE  16   OF   29

DATE:    June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF      (    )  DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 151 | | | | | Transcript call # 323 |
| 152 | | | | | Transcript call # 324 |
| 153 | | | | | Transcript call # 329 |
| 154 | | | | | Transcript call # 561 |
| 155 | | | | | Transcript call # 562 |
| 156 | | | | | Transcript call # 193 |
| 157 | | | | | Transcript call # 473 |
| 158 | | | | | Transcript call # 283 |
| 159 | | | | | Transcript call # 284 |
| 160 | | | | | Transcript call # 488 |

EXHIBITS RETURNED TO COUNSEL (DATE): _____     SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*__UNITED STATES OF AMERICA v.  Torres et al.__*

CASE NO. 07-CR-015                                              PAGE  17  OF  29

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (    )  DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 161 | | | | | Transcript call # 508 |
| 162 | | | | | Transcript call # 746 |
| 163 | | | | | Transcript call # 747 |
| 164 | | | | | Transcript call # 783 |
| 165 | | | | | Transcript call # 788 |
| 166 | | | | | Transcript call # 158 |
| 167 | | | | | Transcript call # 1084 |
| 168 | | | | | Transcript call # 023 |
| 169 | | | | | Transcript call # 1368 |
| 170 | | | | | Composite Disk containing exhibits   11-169 and 233 |

EXHIBITS RETURNED TO COUNSEL (DATE): _____   SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**_UNITED STATES OF AMERICA v.  Torres et al._**

CASE NO. 07-CR-015                                      PAGE  18   OF   29

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (    ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 171 | | | | | 766 grams crack  (1/5/07 DND-3360) |
| 172 | | | | | 298 grams cocaine (1/5/07 DND-3360) |
| 173 | | | | | photo (from DND-3360) |
| 174 | | | | | photo ( trap DND-3360) |
| 175 | | | | | photo (trap open DND-3360) |
| 176 | | | | | picture (6 Utica Avenue) |
| 177 | | | | | 12.48 grams crack (6 Utica) |
| 178 | | | | | 12.68 grams of cocaine (6 Utica) |
| 179 | | | | | plastic bags (6 Utica) |
| 180 | | | | | 2 digital scales (6 Utica) |

EXHIBITS RETURNED TO COUNSEL (DATE): _____   SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**_UNITED STATES OF AMERICA v. Torres et al._**

CASE NO. 07-CR-015                                              PAGE  19  OF  29 

DATE:   June 10, 2008   

PRESIDING JUDGE Frederick J. Scullin, Jr.   

( x )  PLAINTIFF     (    ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 181 | | | | | baggies and rubber bands (6 Utica) |
| 182 | | | | | traffic tickets- Jean Gonzalez (6 Utica) |
| 183 | | | | | DNA Parole form-Jean Gonzalez (6 Utica) |
| 184 | | | | | Replacement Coupon Parole-Jean Gonzalez (6 Utica) |
| 185 | | | | | Cable Bill (6 Utica) |
| 186 | | | | | Driver's License-Joey Corretjer (6 Utica) |
| 187 | | | | | cell phones (6 Utica) |
| 188 | | | | | Photo of 3 tattooed arms (6 Utica) |
| 189 | | | | | single page of drug records (6 Utica) |

EXHIBITS RETURNED TO COUNSEL (DATE): _____   SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**_UNITED STATES OF AMERICA v.  Torres et al._**

CASE NO. 07-CR-015                                              PAGE   20   OF   29

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (    ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 190 | | | | | Spiral notebook of drug records (6 Utica) |
| 191 | | | | | Morris Alvarez driver's license (6 Utica) |
| 192 | | | | | kilo press (6 Utica) |
| 193 | | | | | 2 heat sealers (6 Utica) |
| 194 | | | | | grinder (6 Utica) |
| 195 | | | | | cutting agent  (6 Utica) |
| 196 | | | | | photo money (6 Utica) |
| 197 | | | | | photo money (6 Utica) |
| 198 | | | | | affidavit of sale Charles Nix (6Utica) |
| 199 | | | | | photo trap washing machine (6 Utica) |

EXHIBITS RETURNED TO COUNSEL (DATE): _____   SIGNATURE:  _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

***UNITED STATES OF AMERICA v. Torres et al.***

CASE NO. 07-CR-015                                          PAGE  21  OF  29

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (    ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 200 | | | | | Amtrak Ticket- Antony Torres |
| 201 | | | | | Amtrak Ticket-Sean Torres |
| 202 | | | | | Subscriber record 518 308-2362 |
| 203 | | | | | Subscriber record 518 253-9664 |
| 204 | | | | | Subscriber record 516 949-1672 |
| 205 | | | | | Subscriber record 518 376-7598 |
| 206 | | | | | Subscriber record 518 273-2528 |
| 207 | | | | | Subscriber record 518 506-1549 |
| 208 | | | | | subscriber record 518 788-5902 |
| 209 | | | | | certificate of conviction-Batiste |

EXHIBITS RETURNED TO COUNSEL (DATE): _____   SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

***UNITED STATES OF AMERICA v.  Torres et al.***

CASE NO. 07-CR-015                                                    PAGE   22   OF   29

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (    ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 210 | | | | | certificate of conviction-Lynch |
| 211 | | | | | certificate of conviction-Stewart |
| 212 | | | | | certificate of conviction-Batiste |
| 213 | | | | | certificate of conviction-Gonzalez |
| 214 | | | | | certificate of conviction-Valles |
| 215 | | | | | certificate of conviction-McClain |
| 216 | | | | | certificate of conviction-Nix |
| 217 | | | | | certificate of conviction-Mingo |
| 218 | | | | | audio CD of call of controlled buy 8/30/06 |
| 219 | | | | | transcript of Ex. 218 |

EXHIBITS RETURNED TO COUNSEL (DATE): _____     SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**_UNITED STATES OF AMERICA v.  Torres et al._**

CASE NO. 07-CR-015                    PAGE  23   OF   29

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (    )  DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 220 | | | | | audio CD of controlled buy 8/30/06 |
| 221 | | | | | Transcript of Ex 220 |
| 222 | | | | | audio CD of controlled buy on 9/5/06 |
| 223 | | | | | Transcript of exhibit 222 |
| 224 | | | | | video of controlled buy 9/5/06 |
| 225 | | | | | audio tape telephone call 9/27/06 |
| 226 | | | | | transcript of Ex.225 |
| 227 | | | | | CD of controlled buy 9/27/06 |
| 228 | | | | | transcript of Ex 227 |
| 229 | | | | | dvd of 9/27/06 purchase |

EXHIBITS RETURNED TO COUNSEL (DATE): _____    SIGNATURE:  _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**_UNITED STATES OF AMERICA v.  Torres et al._**

CASE NO. 07-CR-015                                        PAGE  24   OF   29

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (    )  DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 230 | | | | | CD of 10/18/06 controlled buy |
| 231 | | | | | transcript of Ex. 230 |
| 232 | | | | | Ohare photo disk 12/06 |
| 233 | | | | | transcript call # 4468 |
| 234 | | | | | Nix latent prints |
| 235 | | | | | cocaine 8/30/06 |
| 236 | | | | | cocaine 9/05/06 |
| 237 | | | | | cocaine 9/27/06 |
| 238 | | | | | cocaine 10/18/06 |
| 239 | | | | | cocaine 11/02/06 |

EXHIBITS RETURNED TO COUNSEL (DATE): _____    SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**_UNITED STATES OF AMERICA v.  Torres et al._**

CASE NO. 07-CR-015

PAGE   25   OF   29

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (    ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| 240 | | | | | CD telephone call controlled buy 11/2/06 |
| 241 | | | | | Transcript of Ex. 241 |
| 242 | | | | | CD audio of controlled buy 11/2/06 |
| 243 | | | | | Transcript of Ex. 242 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

EXHIBITS RETURNED TO COUNSEL (DATE): _____     SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____  ***UNITED STATES OF AMERICA v.  Torres et al.***

CASE NO. 07-CR-015              _____                                    PAGE  26   OF   29

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (    ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

EXHIBITS RETURNED TO COUNSEL (DATE): _____     SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. Torres et al.*

CASE NO. 07-CR-015                                          PAGE  27  OF  29

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (    ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

EXHIBITS RETURNED TO COUNSEL (DATE): _____     SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____  ***UNITED STATES OF AMERICA v.  Torres et al.***

CASE NO. 07-CR-015                              _____                              PAGE  28   OF  29

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (     ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

EXHIBITS RETURNED TO COUNSEL (DATE): _____   SIGNATURE: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**_UNITED STATES OF AMERICA v.  Torres et al._**

CASE NO. 07-CR-015                                                    PAGE  29  OF   29

DATE:   June 10, 2008

PRESIDING JUDGE Frederick J. Scullin, Jr.

( x )  PLAINTIFF     (    ) DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | BATES STAMP NO. AND REMARKS | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

EXHIBITS RETURNED TO COUNSEL (DATE): _____   SIGNATURE: _____